# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

JOSEPH SARTIN, KENNETH RICHE, TONY EDWARDS, ROBERT SILBERMAN, and SCOTT WILLOCK, Individually and on Behalf of All Others Similarly Situated,

**Plaintiff,**

v.  Case No. 18-cv-1890 (WED)

CHULA VISTA, INC., CVR MANAGEMENT, LLC, MICHAEL KAMINSKI, MICHAEL BEST & FRIEDRICH, LLP, and NANCY HAGGERTY, ESQ.,

**Defendants.**

## AGREED JOINT MOTION TO ESTABLISH A QUALIFIED SETTLEMENT FUND

Plaintiffs, Joseph Sartin, Kenneth Riche, Tony Edwards, Robert Silberman, and Scott Willock, through counsel, Hart McLaughlin & Eldridge, LLC, and Defendants Michael Best & Friedrich, LLP and Nancy Haggerty ("MBF Defendants"), through counsel Hinshaw & Culbertson, hereby move this Honorable Court for entry of an Order establishing a Qualified Settlement Fund. In support of this Motion, the Parties state as follows:

1. Plaintiffs and the MBF Defendants entered into an agreement to settle Plaintiffs' claims against the MBF Defendants.

2. Pursuant to the settlement agreement, a settlement fund referred to as the Michael Best & Friedrich Qualified Settlement Fund will be created.

3. The parties respectfully request that the Michael Best & Friedrich Qualified Settlement Fund be established as a QSF within the meaning of Treas. Reg. § 1.46B-1 and pursuant to the jurisdiction conferred on this Court by Treas. Reg. § 1.46B(c)(1).

4. The parties further respectfully request that Hart McLaughlin & Eldridge, LLC be appointed as QSF Administrator and be granted authority to conduct any and all activities necessary to administer and ultimately wind down the QSF as described herein.

5. The parties further respectfully request that Esquire Bank be appointed as the financial institution at which the QSF Administrator will establish bank accounts for the QSF in accordance with this Order.

WHEREFORE, Plaintiffs and the MBF Defendants respectfully request that the Court grant their joint agreed Motion and enter the attached Order Establishing a Qualified Settlement Fund, and for whatever further relief this court deems just and proper.

Respectfully submitted,

**HART MCLAUGHLIN & ELDRIDGE, LLC**

Attorneys for Plaintiffs Joseph Sartin, Kenneth Riche, Tony Edwards, Robert Silberman and Scott Willock, individually and on behalf of all others similarly situated

Date: December 8, 2021

By: /s/ Ben Shrader
Steven A. Hart
Brian Eldridge
Ben Shrader
22 Washington Street, Ste. 1600
Chicago, IL 60602
Phone No. 312-955-0545
E-mail Address(es):
shart@hmelegal.com
beldridge@hmelegal.com
bshrader@hmelegal.com

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendants Michael Best & Friedrich, LLP and Nancy Haggerty, Esq.

By: /s/ Michael Malone
Michael Malone
Thomas Schrimpf
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address(es):
mmalone@hinshawlaw.com
tschrimpf@hinshawlaw.com