# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**JOSEPH SARTIN, et al.,**

        **Plaintiffs,**

        **v.**                         **Case No. 18-CV-1890**

**CHULA VISTA INC, et al.,**

        **Defendants.**

---

## ORDER

---

Following a lengthy mediation with Magistrate Judge Aaron E. Goodstein (ECF No. 133), the plaintiffs have agreed to settle their claims against Michael Best & Friedrich, LLP and Nancy Haggerty. (ECF No. 132.) Their agreement calls for the creation of a Qualified Settlement Fund, and they ask the court to authorize the creation of the Michael Best & Friedrich Qualified Settlement Fund. (ECF No. 132.)

"The parties respectfully request that the Michael Best & Friedrich Qualified Settlement Fund be established as a QSF within the meaning of Treas. Reg. § 1.46B-1 [26 C.F.R. § 1.468B-1] and pursuant to the jurisdiction conferred on this Court by Treas. Reg. § 1.46B(c)(1)." (ECF No. 132 at 1.) They further ask that "Hart McLaughlin & Eldridge, LLC be appointed as QSF Administrator and be granted authority to conduct any and

all activities necessary to administer and ultimately wind down the QSF as described

herein." (ECF No. 132 at 2.) Finally, they request that the court appoint Esquire Bank "as

the financial institution at which the QSF Administrator will establish bank accounts for

the QSF in accordance with this Order." (ECF No. 132 at 3.)

The court finds in accordance with 26 C.F.R. § 1.468B-1(c) that the account to be

established is created pursuant to an order of this court and is subject to the continuing

jurisdiction of the court. The account is established to resolve or satisfy one or more

claims that have resulted or may result from an event that has occurred and that has

given rise to at least one claim asserting liabilities. And the assets of the account are to

be segregated from other assets of the defendants, the transferor, or related persons.

Accordingly, the court grants the parties' motion. (ECF No. 132.) The court orders

the creation of a settlement fund as a qualified settlement fund within the meaning of

Section 468B of the Internal Revenue Code of 1986, as amended, and Treas. Reg. Section

1.468B-1, *et seq.* to be known as the Michael Best & Friedrich Qualified Settlement Fund.

Hart McLaughlin & Eldridge, LLC is appointed as administrator of the qualified

settlement fund and is granted the authority to conduct any and all activities necessary

to administer and ultimately wind down the qualified settlement fund. Esquire Bank is

appointed as the financial institution at which the qualified settlement fund

administrator will establish bank accounts for the qualified settlement fund in

accordance with this order.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 20th day of December, 2021.

_____

WILLIAM E. DUFFIN
U.S. Magistrate Judge